■  In the Matter of the Arbitration between FRENCH TEXTILES COMPANY, Respondent-Appellant, and RUBIN SENOR, Doing Business under the Name of GENERAL YARNS CONVERTING Co., et al., Appellants-Respondents.— Order unanimously modified so as to grant the motion to vacate the award and, as so modified, affirmed. While the purpose for remitting the matter to the arbitrators was correct, the order should have provided in the first instance for a vacatur of the award. Settle order on notice. Concur — Peck, P. J., Botein, Rabin and Frank, JJ.

■  PLEATMASTER, INC., Respondent, v. CONSOLIDATED TRIMMING CORPORATION, Appellant.— Order unanimously modified so as to provide that the motion is denied unless the defendant stipulates (1) to an early trial in the United States District Court in Michigan, (2) that upon such trial all examinations before trial in this suit may be used with the same force and effect as if taken in the action in the Federal court, and (3) all issues in this cause be submitted to the trial court in Michigan. In the event such stipulation is executed, the motion for a stay is granted, without costs. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■  LORAINE P. LIEBMANN, Appellant, v. HERMAN LIEBMANN, Respondent. — Order denying plaintiff's motion for an examination of the defendant before trial, unanimously affirmed. Appeal from order entered May 23, 1956, denying plaintiff's motion for reargument, unanimously dismissed. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■  In the Matter of KUPFER, SILBERFELD, NATHAN & DANZIGER, Respondents, against AMERICAN FLOURS, INC., et al., Appellants, and A. J. ARMSTRONG Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Rabin and Valente, JJ. [See *post*, p. 709.]

■  In the Matter of the Arbitration between LAMINADORA KREIMERMAN, S. A., Appellant, and ARTCO INDUSTRIAL COMPANY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■  MARGARET WALTNER, Appellant, v. JOSEPH H. SCHWARTZ et al., Respondents.— Order entered December 12, 1955, denying plaintiff's motion for a preference, and order entered March 8, 1956, denying plaintiff's motion for like relief, having become academic by virtue of the decision of this court in appeal [denying plaintiff's motion for reargument], decided herewith, are dismissed. Order denying plaintiff's motion for reargument of prior motions for a preference herein unanimously reversed and the motion granted. While the severity and permanency of the injuries is doubtful, in the interest of justice, we think the doubt should be resolved in favor of the plaintiff. It should also be noted that plaintiff's papers on the application for preference, in the first instance, were quite inadequate. Concur — Brietel, J. P., Rabin, Frank and Valente, JJ.